[No. 24140-8-III. Division Three. October 19, 2006.]

EASTLAN RESOURCES, L.L.C., *Respondent*, v. Z-600, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 04-2-00503-0, Ted W. Small, J., entered April 15, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kato, J.

[No. 24571-3-III. Division Three. October 19, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK EDWARD GUTHMILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 05-1-00109-1, David Frazier, J., entered August 17, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kato, J.

[No. 55071-3-I. Division One. October 23, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTHONY HILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-00866-2, Richard A. Jones, J., entered October 4, 2004. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Agid, JJ.

[No. 55411-5-I. Division One. October 23, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LANCE DAVID WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02189-8, Richard A. Jones, J., entered December 13, 2004. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, A.C.J., and Cox, J.